UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States District Court
Southern District of Texas
FILED

JAN 1 8 2012

David J. Bradley, Clerk of Court

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | CRIMINAL NO. |
| CHARLES CANNON | § | **12 CR 025** |
| MICHAEL MCLAUGHLIN | § | |
| BRIAN KERSTETTER | § | |
| JOSEPH STAGGS | § | |

## INDICTMENT

### COUNT ONE
(18 U.S.C. § 249)

On or about August 13, 2011, in the Southern District of Texas, defendants

**CHARLES CANNON, MICHAEL MCLAUGHLIN,**

**BRIAN KERSTETTER, AND JOSEPH STAGGS**

while aiding and abetting each other, willfully caused bodily injury to Y.J., who is African American, because of his actual or perceived race, color, and national origin.

In violation of Title 18, United States Code, Section 249.

A TRUE BILL:

ORIGINAL SIGNATURE ON FILE

FOREPERSON OF THE GRAND JURY

THOMAS E. PEREZ
Assistant Attorney General
Civil Rights Division
U.S. Department of Justice

By: _____
SAEED A. MODY
Trial Attorney
U.S. Department of Justice