PROB 12B
(1/13)

# UNITED STATES DISTRICT COURT
## for the
## SOUTHERN DISTRICT OF TEXAS

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
*(Probation Form 49, Waiver of Hearing, is Attached)*

Name of Offender: Charles Cannon                     Case Number: 4:12CR00025-001

Name of Sentencing Judicial Officer: U.S. District Judge Kenneth M. Hoyt

Date of Original Sentence: July 23, 2012

Original Offense:   Willfully causing bodily injury to another because of actual or perceived race, color, and national origin aiding and abetting

Original Sentence:  37 months imprisonment followed by 3 years of supervised release. This term consists of THIRTY-SEVEN (37) MONTHS as to Count 1. The Court anticipates the Bureau of Prisons (BOP) will give the defendant credit from his date of arrest on August 13, 2011.

Type of Supervision: Supervised Release          Date Supervision Commenced: May 16, 2014

---

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

**Under the guidance and direction of the U.S. Probation Office, the defendant shall participate in a program of psychiatric and mental health services and shall comply with any medication requirements, as prescribed by the treatment provider.**

## CAUSE

Based on Mr. Cannon's self-reported behavioral symptoms which include depression, anxiety, and to a degree, some agitation with people in general, as a precautionary measure, the U.S. Probation Office visited with Mr. Cannon about possibly receiving mental health treatment as opposed to substance abuse counseling. The U.S. Probation Office nor Mr. Cannon disagree that he has had a drug problem, but it appears at this time, that mental health treatment is the most appropriate course of action.

The U.S. Probation Office respectfully recommends that the Court modify the conditions of supervised release as noted above. Attached for the Court's review is the *Probation Form 49, Waiver of Hearing*, signed by Mr. Cannon agreeing to the modification for mental health treatment.

PROB 12B: Charles Cannon  
Case Number: 4:12CR00025-001

Page 2

Respectfully submitted:

*[signature]*

_____  
Wes Basham  
U.S. Probation Officer

Reviewed and approved:

*[signature]*

_____  
Adam Graves, Supervising  
U.S. Probation Officer

Date: July 17, 2014

Name of Offender: Charles Cannon
Case Number: 4:12CR00025-001
Page Number: 3

THE COURT ORDERS:

[ ]   No Action

[ ]   Extended Supervision as Noted

[X]   Modify Conditions as Noted

[ ]   Other:

_____
Kenneth M. Hoyt
U. S. District Judge

07-24-14
Date

PROB 49

# UNITED STATES DISTRICT COURT
## for the
## SOUTHERN DISTRICT OF TEXAS

Waiver of Hearing to Modify Conditions
of Probation/Supervised Release or Extend Term of Supervision

United States of America

v.                                                          Criminal No. 4:12CR00025-001

Charles Cannon

    I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

    I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

**Under the guidance and direction of the U.S. Probation Office, the defendant shall participate in a program of psychiatric and mental health services and shall comply with any medication requirements as prescribed by the treatment provider.**

Witness: _____          Signed: _____
          U.S. Probation Officer                            Charles Cannon

Date: July 14, 2014