AO 245D (Rev. 12/07) Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT

## Southern District of Texas

**Holding Session in Houston**

UNITED STATES OF AMERICA
V.
**MICHAEL MCLAUGHLIN**

## JUDGMENT IN A CRIMINAL CASE

(For **Revocation** of Probation or Supervised Release)
(For Offenses Committed On or After November 1, 1987)

CASE NUMBER: **4:12CR00025-002**
USM NUMBER: 06302-379

☐ See Additional Aliases.

Richard B. Kuniansky
Defendant's Attorney

**THE DEFENDANT:**

☒ admitted guilt to violation of condition(s) 1, 2, 3, 4, 5, & 6 of the term of supervision.
☐ was found in violation of condition(s) ______ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1. | Failure to participate in substance abuse treatment | 06/19/2014 |
| 2. | Failure to participate in substance abuse treatment | 04/07/2014 |
| 3. | Drug possession/Usage | 04/11/2014 |
| 4. | Drug possession/Usage | 04/17/2014 |

☒ See Additional Violations.

The defendant is sentenced as provided in pages 2 through 3 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☒ The defendant has not violated condition(s) 7 and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Defendant's Soc. Sec. No.: XXX-XX-0870

Defendant's Date of Birth: XX/XX/1971

Defendant's Residence Address:
Houston, TX

Defendant's Mailing Address:
Houston, TX

April 13, 2015
Date of Imposition of Judgment

[signature]
Signature of Judge

**KENNETH M. HOYT**
**UNITED STATES DISTRICT JUDGE**
Name and Title of Judge

4-23-15
Date

JAA | JAG

DEFENDANT: **MICHAEL MCLAUGHLIN**
CASE NUMBER: **4:12CR00025-002**

# ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 5. | Alcohol use | 04/11/2014 |
| 6. | Law Violation: possession for sale of a controlled substance | 11/03/2014 |

☐ See Additional Violations.

DEFENDANT: **MICHAEL MCLAUGHLIN**
CASE NUMBER: **4:12CR00025-002**

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 9 months.
This term consists of NINE (9) MONTHS. The Court recommends the defendant be given credit for 90 days served in the custody of the United States Marshal's service.

☐ See Additional Imprisonment Terms.

☐ The court makes the following recommendations to the Bureau of Prisons:

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:
- ☐ by ______________ ☐ a.m. ☐ p.m. on ________________ .
- ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
- ☐ before 2 p.m. on ______________________________.
- ☐ as notified by the United States Marshal.
- ☐ as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

________________________________________________________________________
________________________________________________________________________
________________________________________________________________________

Defendant delivered on ___________________________ to ______________________________
at ___________________________, with a certified copy of this judgment.

______________________________________
UNITED STATES MARSHAL

By ______________________________________
DEPUTY UNITED STATES MARSHAL